IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY TANIGUCHI,

    Plaintiff,                                 No. CIV S-03-2306 KJM

    vs.

THE PRUDENTIAL INSURANCE CO.,

    Defendant.                             <u>ORDER</u>

_____ /

        On July 11, 2005, the parties filed a stipulation and proposed order to continue the hearing date for the pending motion for summary judgement and defendant's date for filing a reply to plaintiff's opposition. Having reviewing the parties' filing, and good cause appearing, IT IS HEREBY ORDERED:

        1. Hearing on defendant's motion for summary judgment is continued to August 24, 2005.

        2. Defendant's reply to plaintiff's opposition shall be filed no later than **July 29, 2005.**

DATED: July 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE