IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY TANIGUCHI,

    Plaintiff,                                  No. CIV S-03-2306 KJM

    vs.

THE PRUDENTIAL INSURANCE CO.,

    Defendant.                             <u>ORDER</u>

_____/

        A status conference was held in this matter on January 29, 2008 before the undersigned.  Michael Babitzke appeared for plaintiff.  Dennis Rhodes appeared for defendant.  Upon consideration of the status reports on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1.  The pretrial conference is set for November 12, 2008 at 10:00 a.m. before the undersigned.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

        2.  Trial of this matter is set for January 20, 2009 at 10:00 a.m. before the undersigned.  The parties shall file trial briefs in accordance with  Local Rule 16-285.

DATED: February 5, 2008.

_____
U.S. MAGISTRATE JUDGE

006
taniguchi2.oas

1