1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROY TANIGUCHI,

11          Plaintiff,                          No. CIV S-03-2306 KJM

12        vs.

13   THE PRUDENTIAL INSURANCE CO.,

14          Defendant.                          ORDER

15   _____/

16          The court held the final pretrial conference in this matter on November 12, 2008.

17   Michael Babitzke appeared for plaintiff.  Dennis Rhodes appeared for defendant.  Upon

18   consideration of the pretrial statements on file in this action, discussion of counsel and good

19   cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

20          1.  Defendant shall file electronically the administrative record in this action and

21   provide a courtesy paper copy to chambers no later than December 12, 2008.

22          2.  Each party shall file proposed findings of fact and conclusions of law no later

23   than December 19, 2008.

24   /////

25   /////

26   /////

1

1          3.  The court will hear closing arguments on January 20, 2009 at 10:00 a.m.  Each

2    side shall be limited to one hour of closing argument.

3    DATED:  November 18, 2008.

4

5

6                                     U.S. MAGISTRATE JUDGE

7    006

    taniguchi.fpto

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26